Franklin B. Lord, Respondent, v. The Equitable Life Assurance Society of the United States, Appellant, and Alfonso de Navarro and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted, and question certified. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Louise Johnson, Respondent, v. The City of New York, The Automobile Club of America, Albert R. Shattuck and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

William P. Hannan, Respondent, v. Kate B. Boldin, Appellant. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Bertrand Kettell, Appellant, v. Ida F. Kettell, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

James V. Lawrence, Sole Surviving Member of the Firm of Lawrence Brothers, Appellant, v. William C. G. Wilson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward Gaynor, Rich and Miller, JJ., concurred.

The New York Central and Hudson River Railroad Company, Respondent, v. Catharine M. Lally and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion for stay of proceedings granted, with costs, but without prejudice to the right of the respondent to move for a vacation if the equity action brought by the appellants is not prosecuted with due diligence. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

William B. Russlend, Appellant, v. Edwin A. Bridge and John W. Souter, Respondents.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Mary C. Ball, Plaintiff, v. Flexman E. Ball, Defendant.— Motion to open default denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

David Berkowitz, Appellant, v. Chicago, Milwaukee and St. Paul Railway Company and the New York Central and Hudson River Railroad Company, Respondents.— Motion for reargument as to the respondent the New York Central and Hudson River Railroad Company granted, and case set down for Tuesday, February 27, 1906. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Daniel R. Chichester, Respondent, v. Winton Motor Carriage Company, Appellant.— Motion to dismiss appeal denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Frank E. Coles, as Executor, etc., Respondent, v. Charles G. A. Graburn, Appellant.— Motion to open default denied. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Margaret E. Hanlon, Respondent, v. Central Railroad Company of New Jersey, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Willett Hicks, Respondent, v. Loring J. Eggleston and Others, Appellants.— Order resettled and signed as presented by the plaintiff. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.